```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
LUIS MALDONADO,                          :   08 CIV. 7155 (DLC)
                                         :   01 CR. 556
               Petitioner,               :
                                         :   ORDER
          -v-                            :
                                         :
UNITED STATES OF AMERICA,                :
                                         :
               Respondent.               :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

DENISE COTE, District Judge:

The Court, having concluded that the petition should not be summarily dismissed as being without merit, it is hereby

ORDERED that the respondent file an answer to the petition or other pleading in response thereto, along with the relevant transcripts, no later than **December 5, 2008.**

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this Order, the petition, and the memorandum of law and affirmation/affidavit in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

IT IS FURTHER ORDERED that petitioner shall have thirty days from the date on which he is served with respondent's answer to file a response. The petition will be considered fully submitted as of that date.

Dated:   New York, New York
         September 3, 2008

                                   _____
                                          DENISE COTE
                                   United States District Judge

COPIES SENT TO:

Anna E. Arreola  
Assistant United States Attorney  
One Saint Andrew's Plaza  
New York, NY 10007

Luis Maldonado  
50687-054  
FCI Ray Brook  
P.O. Box 900  
Ray Brook, NY 12977